UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GRAY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | Electronically filed<br><br>No. 07 Civ. 9790 (SHS) (DCF)<br><br>ECF Case |
| SHAUN ROSE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | Electronically filed<br><br>No. 07 Civ. 10294 (DC) (GWG)<br><br>ECF Case |
| MEREDITH TRANBERG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | Electronically filed<br><br>No. 07 Civ. 10341<br><br>ECF Case |
| ANTON K. RAPPOLD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., *et al.*,<br><br>    Defendants. | Electronically filed<br><br>No. 07 Civ. 10396<br><br>ECF Case |

| | |
|---|---|
| SAMIER TADROS, on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>  v. <br><br>CITIGROUP INC., *et al.*, <br><br>     Defendants. | Electronically filed <br> No. 07 Civ. 10442 <br> ECF Case |
| STEPHAN FIORINO, individually and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>  v. <br><br>CITIGROUP INC., *et al.*, <br><br>     Defendants. | Electronically filed <br> No. 07 Civ. 10458 <br> ECF Case |
| JAMES BOLLA, individually and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>  v. <br><br>CITIGROUP INC., *et al.*, <br><br>     Defendants. | Electronically filed <br> No. 07 Civ. 10461 <br> ECF Case |
| MARK GEROULO, individually, on behalf of the CITIGROUP 401(k) Plan, the CITIBUILDER 401(k) PLAN FOR PUERTO RICO, and all others similarly situated, <br><br>     Plaintiff, <br><br>  v. <br><br>CITIGROUP, INC., *et al.*, <br><br>     Defendants. | Electronically filed <br> No. 07 Civ. 10472 <br> ECF Case |

-2-

| | |
|---|---|
| ALAN STEVENS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP, INC., *et al.*,<br><br>　　　　　　　　Defendants. | Electronically filed<br><br>No. 07 Civ. 11156<br><br>ECF Case |
| STEVEN GOLDSTEIN, on behalf of himself and a class of persons similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP, INC., *et al.*,<br><br>　　　　　　　　Defendants. | Electronically filed<br><br>No. 07 Civ. 11158<br><br>ECF Case |
| CHRIS SOUTHARD, on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIGROUP INC., *et al.*,<br><br>　　　　　　　　Defendants. | Electronically filed<br><br>No. 07 Civ. 11164<br><br>ECF Case |

**NOTICE OF APPEARANCE**

The undersigned counsel enters his appearance in the above-captioned matters on behalf of Citigroup Inc., Citibank, N.A., C. Michael Armstrong, Alain J.P. Belda, George David, Kenneth T. Derr, John M. Deutch, Roberto Hernandez Ramirez, Ann Dibble Jordan, Klaus Kleinfeld, Andrew N. Liveris, Dudley C. Mecum, Anne Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, Robert L. Ryan and Franklin A. Thomas, and certifies that he is admitted to practice in this Court.

-3-

Dated:   December 14, 2007              WACHTELL, LIPTON, ROSEN & KATZ

                                            By:      s/ Jonathan M. Moses
                                                      Jonathan M. Moses (JM-9049)

                                                      51 West 52nd Street
                                                      New York, New York  10019-6150
                                                      Telephone:  (212) 403-1000
                                                      Facsimile:  (212) 403-2000
                                                      E-mail:  JMMoses@wlrk.com

*Attorneys for Citigroup Inc., Citibank, N.A., C. Michael Armstrong, Alain J.P. Belda, George David, Kenneth T. Derr, John M. Deutch, Roberto Hernandez Ramirez, Ann Dibble Jordan, Klaus Kleinfeld, Andrew N. Liveris, Dudley C. Mecum, Anne Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, Robert L. Ryan and Franklin A. Thomas*