```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STEPHEN GRAY,                              :         07 Civ. 9790 (SHS)

            Plaintiff,        :

    -against-                             :         ORDER

CITIGROUP INC., *ET AL.*,                  :

            Defendants.      :
------------------------------------------------------------x

SHAUN ROSE,                                :         07 Civ. 10294 (SHS)

            Plaintiff,        :

    -against-                             :

CITIGROUP INC., *ET AL.*,                  :

            Defendants.      :
------------------------------------------------------------x

MEREDITH TRANBERG,                         :         07 Civ. 10341 (SHS)

            Plaintiff,        :

    -against-                             :

CITIGROUP INC., *ET AL.*,                  :

            Defendants.      :
------------------------------------------------------------x

ANTON K. RAPPOLD,                          :         07 Civ. 10396 (SHS)

            Plaintiff,        :

    -against-                             :

CITIGROUP INC., *ET AL.*,                  :

            Defendants.      :
------------------------------------------------------------x

```
------------------------------------------------------------x
SAMIER TADROS,                              :    07 Civ. 10442 (SHS)

                      Plaintiff,            :

       -against-                             :

CITIGROUP INC., ET AL.,                      :

                      Defendants.            :
------------------------------------------------------------x
STEPHAN FIORINO,                             :    07 Civ. 10458 (SHS)

                      Plaintiff,            :

       -against-                             :

CITIGROUP INC., ET AL.,                      :

                      Defendants.            :
------------------------------------------------------------x
JAMES BOLLA,                                 :    07 Civ. 10461 (SHS)

                      Plaintiff,            :

       -against-                             :

CITIGROUP INC., ET AL.,                      :

                      Defendants.            :
------------------------------------------------------------x
MARK GEROULO,                                :    07 Civ. 10472 (SHS)

                      Plaintiff,            :

       -against-                             :

CITIGROUP INC., ET AL.,                      :

                      Defendants.            :
------------------------------------------------------------x
```

```
-------------------------------------------------------------x
ALAN STEVENS,                                    :     07 Civ. 11156 (SHS)

                        Plaintiff,               :

        -against-                                :

CITIGROUP INC., ET AL.,                          :

                        Defendants.              :
-------------------------------------------------------------x

STEVEN GOLDSTEIN,                                :     07 Civ. 11158 (SHS)

                        Plaintiff,               :

        -against-                                :

CITIGROUP INC., ET AL.,                          :

                        Defendants.              :
-------------------------------------------------------------x

CHRIS SOUTHARD,                                  :     07 Civ. 11164 (SHS)

                        Plaintiff,               :

        -against-                                :

CITIGROUP INC., ET AL.,                          :

                        Defendants.              :
-------------------------------------------------------------x

WILLIAM WOODWARD, ET ANO,                        :     07 Civ. 11207 (SHS)

                        Plaintiff,               :

        -against-                                :

CITIGROUP INC., ET AL.,                          :

                        Defendants.              :
-------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S.D.J.

The above-captioned ERISA class actions have been assigned to this Court. The Court is currently aware of three pending motions to consolidate and appoint interim lead plaintiffs and lead counsel by plaintiffs Gray, Tadros, and Bolla; plaintiff Goldstein; and plaintiffs Geroulo and Rose. The Court has also been informed in writing that plaintiff Stevens intends to move to consolidate and appoint interim lead plaintiff and lead counsel. Accordingly,

IT IS HEREBY ORDERED that:

1. If any plaintiff intends to move to consolidate and appoint interim lead plaintiff and lead counsel they shall do so by December 26, 2007.

2. Any opposition to these motions shall be filed by January 4, 2008;

3. Reply papers shall be filed by January 10, 2008;

4. Oral argument on the motions will be heard on January 17, 2008, at 4:00 p.m.;

5. The parties are directed to serve courtesy copies of all motion papers on the Court at the same time they are served on opposing counsel; and

6. Following the determination of those motions, the Court will be asking the parties to develop a case management order for the orderly progress of these litigations.

Dated: New York, New York
       December 19, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

-4-